Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Torey Moore,<br><br>        Defendants | Case No.: CR.S. 10-347 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Morrison C. England<br>Time:   9:00 a.m.<br>Date:   August 2, 2012 |

Defendant Torey Moore, is charged in Count One of a five count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine.  A status conference was previously set for May 31, 2012.  The government has provided the defense with a plea offer that has a possible sentencing range of zero to twenty years.  Mr. Moore's sentence will be entirely determined by the sentencing guideline ranged used to calculate the offense level for the substance "BZP". The guidelines have recently changed to add BZP to the listed chemicals used in determining the guideline range.  The guideline calculations for BZP are sufficiently complicated that a pre-plea report is appropriate to analyze sentencing issues in this matter. The parties have spoken with the probation office and are in agreement that a pre-plea report would aid resolution of this matter.

The probation office indicates that the process will take approximately six to eight weeks to complete.  Therefore, the parties request a status conference date of August 2, 2012 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: May 29, 2012         Respectfully submitted,

                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Torey Moore

                                  /s/ Todd Leras
                                  Todd Leras
                                  Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, the status conference in this matter is hereby continued from May 31, 2012 to August 2, 2012 at 9:00 a.m.  The Court hereby finds that the ends of justice to be served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(8)(i) and Local Code T4.

IT IS SO ORDERED.

Dated:  June 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE