Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 10-347 MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| | ) Court: Hon. Morrison C. England |
| | ) Time:  9:00 a.m. |
| | ) Date:  September 27, 2012 |
| Torey Moore, | ) |
| | ) |
| Defendant | |

Defendant Torey Moore, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Todd Leras, hereby agree and stipulate that the status conference previously scheduled for September 27, 2012 be continued until October 25, 2012 and that date is available with the Court.  Mr. Moore is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine.  Mr. Moore expects to receive his pre-plea pre-sentence report this week. The parties will need to review this report prior to court and therefore request that the matter be continued to allow both government and defense review to be completed.  Therefore, the parties request a status conference date of October 25, 2012 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.



Dated: September 25, 2012                    Respectfully submitted,



                              __/s/ Shari Rusk___
                              Shari Rusk
                              Attorney for Defendant
                              Torey Moore


                              /s/ Todd Leras
                              Todd Leras
                              Assistant United States Attorney



                              **ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through October 25, 2012, based on Local Code T4, giving counsel reasonable time to prepare.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.

Dated:  September 28, 2012

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE