Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Torey Moore,<br><br>          Defendant | ) Case No.: 2:10-cr-00347-MCE<br>)<br>)<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Morrison C. England<br>) Time:   9:00 a.m.<br>) Date:   December 6, 2012 |

        Defendant Torey Moore, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Todd Leras, hereby agree and stipulate that the status conference previously scheduled for October 25, 2012 be continued until December 6, 2012 and that date is available with the Court.  Mr. Moore is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine.  Mr. Moore has received his pre-plea pre-sentence report and his defense investigator is in the process of interviewing witnesses in connection with that report. The parties therefore request that the matter be continued to allow both government and defense review to be completed.

Therefore, the parties request a status conference date of December 6, 2012 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.


Dated: October 23, 2012          Respectfully submitted,



                                 ___/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Torey Moore


                                 /s/ Todd Leras
                                 Todd Leras
                                 Assistant United States Attorney


                              **ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through December 6, 2012, based on Local Code T4, giving counsel reasonable time to prepare.  The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public to a speedy trial.

Dated:  October 29, 2012

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE