Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:10-cr-00347 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court:  Hon. Morrison C. England |
| | Time:   9:00 a.m. |
| | Date:   January 10, 2013 |
| Torey Moore, | |
| Defendant | |

Defendant Torey Moore, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Todd Leras, hereby agree and stipulate that the status conference previously scheduled for December 6, 2012 be continued until January 10, 2013 and that date is available with the Court. Mr. Moore is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine. The parties are involved in investigation and negotiation to attempt to reach settlement of this matter. The parties therefore request that the matter be continued to allow both government and defense review to be completed. Therefore, the parties request a status conference date of January 10, 2013 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: December 4, 2012              Respectfully submitted,


                        __/s/ Shari Rusk___
                        Shari Rusk
                        Attorney for Defendant
                        Torey Moore


                        /s/ Todd Leras
                        Todd Leras
                        Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through January 10, 2013, based on Local Code T4, giving counsel reasonable time to prepare.  The status conference currently scheduled for December 6, 2012 is continued until January 10, 2013, at 9 a.m.

Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE