```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 10-347 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Morrison C. England<br>Time: 9:00 a.m.<br>Date: February 7, 2013 |
| Torey Moore, | |
| Defendant | |

Defendant Torey Moore, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Todd Leras, hereby agree and stipulate that the status conference previously scheduled for January 10, 2013 be continued until February 7, 2013 and that date is available with the Court. Mr. Moore is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine. The parties are involved in investigation and negotiation to attempt to reach settlement of this matter. The parties therefore request that the matter be continued to allow both government and defense review to be completed. Therefore, the parties request a status conference date of February 7, 2013 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: January 8, 2013          Respectfully submitted,


                                                  /s/ Shari Rusk
                                                  Shari Rusk
                                                  Attorney for Defendant
                                                  Torey Moore


                                                  /s/ Todd Leras
                                                  Todd Leras
                                                  Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through February 7, 2013, based on Local Code T4, giving counsel reasonable time to prepare.

Dated:   January 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT