Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Torey Moore,<br><br>        Defendant | Case No. 2:10-cr-00347-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Morrison C. England<br>Time:   9:00 a.m.<br>Date:   March 7, 2013 |

    Defendant Torey Moore, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Todd Leras, hereby agree and stipulate that the status conference previously scheduled for February 7, 2013 be continued until March 7, 2013 and that date is available with the Court.  Mr. Moore is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine.  Mr. Moore's co-defendants are scheduled for a status conference on March 7, 2013. The parties are involved in investigation and negotiation to attempt to

reach settlement of this matter. The parties therefore request that Mr. Moore's matter be calendared on the same date as his co-defendants to allow both government and defense review to be completed. Therefore, the parties request a status conference date of March 7, 2013 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: February 5, 2013          Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Torey Moore


                                  /s/ Todd Leras
                                  Todd Leras
                                  Assistant United States Attorney


**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through March 7, 2013, based on Local Code T4, giving counsel reasonable time to prepare.


DATED: February 13, 2013

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE