Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: 2:10-cr-00347-MCE-3 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Morrison C. England<br>) Time:   9:00 a.m.<br>) Date:   March 20, 2014 |
| Torey Moore, | ) |
| Defendant | |

Defendant Torey Moore, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Jill Thomas, hereby agree and stipulate that the status conference previously scheduled for March 14, 2014 be continued until March 20, 2014 and that date is available with the Court.  Mr. Moore is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine.  The parties anticipate a change of plea on that date.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

-1-

Dated: March 20, 2014                Respectfully submitted,


                                     ___/s/ Shari Rusk___
                                     Shari Rusk
                                     Attorney for Defendant
                                     Torey Moore


                                     /s/ Jill Thomas
                                     Jill Thomas
                                     Assistant United States Attorney


**ORDER**


   The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds excludable time through March 20, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

   IT IS SO ORDERED.

Dated:  March 12, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT