Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      vs.<br><br>Torey Moore,<br><br>            Defendant | ) Case No.: 2:10-cr-00347-MCE-3<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Morrison C. England<br>) Time:   9:00 a.m.<br>) Date:   March 20, 2014<br>)<br>) |

     Defendant Torey Moore, by and through his undersigned counsel and

the United States Government, by and through Assistant United States

Attorney Jill Thomas, hereby agree and stipulate that the status

conference previously scheduled for March 14, 2014 be continued until

March 20, 2014 and that date is available with the Court.  Mr. Moore

is charged in a five count indictment alleging violations of 21 U.S.C.

§§s 841(a)(1) and § 846 – possession with intent to distribute and

conspiracy to distribute methamphetamine.  The parties anticipate a

change of plea on that date.

     The parties agree that time should be excluded under 18 U.S.C. §

3161(h)(8)(i) for defense preparation and under local code T4.

-1-

Dated: March 20, 2014                    Respectfully submitted,


                                         __/s/ Shari Rusk___
                                         Shari Rusk
                                         Attorney for Defendant
                                         Torey Moore


                                         /s/ Jill Thomas
                                         Jill Thomas
                                         Assistant United States Attorney


                                **ORDER**


     The Court finds that a continuance is necessary for the reasons

stated above and that the ends of justice served by granting a

continuance outweigh the best interests of the public and the

Defendant in a speedy trial.  The Court finds excludable time through

March 20, 2014, based on Local Code T4, giving counsel reasonable time

to prepare.

     IT IS SO ORDERED.

Dated:  March 12, 2014


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT