UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 26, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOREY DAVON MOORE,

    Defendant.

Case No. 2:10-cr-00347-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __TOREY DAVON MOORE__, Case No. __2:10-cr-00347-MCE__ Charge from custody for the following reasons:

- **X**   Release on Personal Recognizance
- ____   Bail Posted in the Sum of $ ____
- ____   Unsecured Appearance Bond $ ____
- ____   Appearance Bond with 10% Deposit
- ____   Appearance Bond with Surety
- ____   Corporate Surety Bail Bond
- **X**   (Other): __Under same conditions of supervision previously imposed.__

Issued at Sacramento, California on July 26, 2016 at 2:25 pm

By: _(signed)_

Magistrate Judge Carolyn K. Delaney